No. 85–5156. GILES *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 85–5157. BENSON ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–5158. BROWNSTEIN *v.* DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–5159. MUHAMMAD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–5161. WHITTLESEY *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 85–5165. BROWN *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 85–5166. ISARAPHANICH *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 85–5168. HARLEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–5169. BURTON *v.* FORD ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–5170. BENNETT *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 85–5172. MILLER *v.* WEBSTER ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–5173. HERRERA-VEGA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–5174. PHELPS *v.* SOVRAN BANK. Sup. Ct. Va. Certiorari denied.

No. 85–5175. SELF *v.* STEPHENSON, SUPERINTENDENT, CALEDONIA AND ODOM COMPLEX. C. A. 4th Cir. Certiorari denied.